938

No. 1009. RUSSELL v. TEXAS COMPANY ET AL. C. A. 9th Cir. Certiorari denied. *Harold Judson* for petitioner. *M. L. Countryman, Jr.* and *Cale Crowley* for the Northern Pacific Railway Co., respondent.

No. 1011. BERRYHILL v. PACIFIC FAR EAST LINE, INC. C. A. 9th Cir. Certiorari denied. *Jay A. Darwin* for petitioner. *John Hays* for respondent.

No. 1012. HILL ET AL. v. GREGORY. C. A. 7th Cir. Certiorari denied. *Tom L. Yates* and *Hugh M. Matchett* for petitioners. *L. Duncan Lloyd* for respondent.

No. 1019. 241 CORPORATION v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Bernard Weiss* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 1022. FINK ET AL. v. CONTINENTAL FOUNDRY & MACHINE CO. ET AL. C. A. 7th Cir. Certiorari denied. *Samuel Morgan* for petitioners. *Harold A. Smith* and *Arthur D. Welton, Jr.* for respondents.

No. 1024. WEXLER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Samuel Barker* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *C. Guy Tadlock* for respondent.